Magistrate Judge James P. Donohue

FILED ____ ENTERED
LODGED ____ RECEIVED

OCT 17 2011

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
                              DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. MJ11-510 |
| Plaintiff, | ORDER AUTHORIZING DETENTION PENDING INITIAL APPEARANCE |
| v. | |
| JOSE AYALA PENA, JOSE CASTRO-HERNANDEZ, and PEDRO TAPIA IBARRA, | |
| Defendants. | |

TO: The United States Marshal and any authorized United States Officer:

Based on a review of a sworn complaint, the Court finds there is probable cause to believe that the defendants, JOSE AYALA PENA, JOSE CASTRO-HERNANDEZ, and PEDRO TAPIA IBARRA, have violated Title 21 United States Code Sections 841(b)(1)(B) & (C) and 846.

It is therefore ORDERED:

1. You are directed to bring the defendants before the nearest United States Magistrate Judge, or any other authorized judicial officer, for initial appearance as promptly as that hearing can be scheduled before the Court.

2. Defendants shall be held in custody pending that appearance.

/s/ James P. Donohue
JAMES P. DONOUHE
United States Magistrate Judge

15 October 2011, 11:00 a.m.
Date, Time, and Loctaion
Seattle, WA